IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRANT MANUFACTURING & ALLOYING, INC. | : : : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-3115 |
| RECYCLE IS GOOD, LLC | : | |

**O R D E R**

**AND NOW**, this   30th   day of   November  , 2011, upon consideration of Defendant Recycle is Good LLC's Motion Pursuant to Fed. R. Civ. P. 12(f) to Strike Paragraphs of the Complaint (ECF No. 3), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**, without prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**