IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRANT MANUFACTURING & ALLOYING, INC. | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-3115 |
| RECYCLE IS GOOD, LLC | : | |

**O R D E R**

**AND NOW**, this  7th  day of  August , 2012, upon consideration of Defendant Recycle is Good LLC's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) or in the Alternative, Motion for More Definite Statement Pursuant to Fed. R. Civ. P. 12(e) (ECF No. 12), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is denied.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J**.